UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ARMOR CONTRACT MANUFACTURING,
INC.,

      Plaintiff,

vs.

EAST TEXAS MACHINING &
MANUFACTURING, LLC,

      Defendant.

Case No. 1:19-cv-951

McFarland, J.
Bowman, M.J.

**REPORT AND RECOMMENDATION**

On November 21, 2019, Defendant East Texas Machining & Manufacturing, LLC was ordered to secure counsel to represent it in this case within 21 days and to have counsel enter an appearance on behalf of Defendant within that time. (Doc.4).

Defendant did not respond to the Show Cause Order within the allotted time. Thereafter, on January 2, 2020, the Court issued a subsequent Order stating, in relevant part: Defendant shall have an additional fourteen (14) days from the date of this Order in which to secure counsel and have them enter an appearance on the docket.  Failure to comply with the terms of this Order will result in a Report and Recommendation to the District Judge that judgment be entered in favor of Plaintiff based upon Defendant's failure to secure counsel (Doc. 5). Defendant has failed to secure counsel or otherwise respond to the Court's Orders.

As previously noted by the Court, it is well settled that a corporation cannot appear in federal court except through an attorney. *Doherty v. American Motors Corp.*, 728 F.2d

334, 340 (6th Cir. 1984). The undersigned finds that defendant has not satisfactorily responded to the pending Orders, and entry of default is therefore appropriate pursuant to Rule 55 of the Federal Rules of Civil Procedure. *See Wilen v. Alternative Media Net*, Inc., 2005 WL 167589, *2 (S.D.N.Y. 2004) (*citing S.E.C. v. Research Automation Corp.*, 521 F.2d 585, 589 (2d Cir.1975) (holding that a corporation cannot appear except through an attorney and "where a corporation repeatedly fails to appear by counsel, a default judgment may be entered against it")). Accordingly, it is therefore **RECOMMENDED** that the Clerk be **DIRECTED** to file an Entry of Default against Defendant East Texas Machining & Manufacturing, LLC.

 *s/Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

ARMOR CONTRACT MANUFACTURING, INC.,

    Plaintiff,

vs.

EAST TEXAS MACHINING & MANUFACTURING, LLC,

    Defendant.

Case No. 1:19-cv-951

McFarland, J.
Bowman, M.J.

## NOTICE

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report and Recommendation ("R&R") within **FOURTEEN (14) DAYS** of the filing date of this R&R. That period may be extended further by the Court on timely motion by either side for an extension of time. All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections. A party shall respond to an opponent's objections within **FOURTEEN (14) DAYS** after being served with a copy of those objections. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); United States v. Walters, 638 F.2d 947 (6th Cir. 1981).