IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - CINCINNATI

| | | |
|---|---|---|
| ARMOR CONTRACT MANUFACTURING, INC., | : | Case No. 1:19-cv-951 |
| | : | |
| | : | Judge Matthew W. McFarland |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| EAST TEXAS MACHINING & MANUFACTURING, LLC, | : | |
| | : | |
| Defendant. | : | |

**ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 8)
AND DIRECTING CLERK TO FILE ENTRY OF DEFAULT AGAINST
EAST TEXAS MACHINING AND MANUFACTURING, LLC**

The Court has reviewed the Report and Recommendation (Doc. 8) of United States Magistrate Judge Stephanie K. Bowman, to whom this case is referred pursuant to 28 U.S.C. § 636(b). As no objection to the Report and Recommendation has been filed and the time to do so has expired, the Court **ADOPTS** the Report and Recommendation in its entirety. Accordingly, the Clerk is hereby **DIRECTED** to file an Entry of Default against Defendant East Texas Machining & Manufacturing, LLC.

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
MATTHEW W. McFARLAND
UNITED STATES DISTRICT JUDGE