IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| Armor Contract Manufacturing, Inc., | : | Case No. 1:19-cv-951 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| East Texas Machining & Manufacturing LLC, | : | |
| Defendant. | : | |

## ORDER AND OPINION

This matter is before the Court *sua sponte* upon Defendant's Answer (Doc. 3), as well as Plaintiff's Notice of Voluntary Dismissal (Doc. 13). This action was filed on November 8, 2019, having been removed from Warren County Court of Common Pleas. (*See* Notice of Removal, Doc. 2.) A review of both the Notice of Removal and the Answer reflect that they were filed by a Mr. Corby Hall, on behalf of the corporate Defendant. Mr. Hall does not represent himself to be an attorney.

It is well-settled that a corporation, partnership, or association cannot appear in federal court without being represented by counsel. *Doherty v. Am. Motors Corp.*, 728 F.2d 334, 340 (6th Cir. 1984); *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202, (1993). "[A]nd an answer or any other pleading filed pro se on behalf of a corporation is wholly without effect." *Kirby v. Memphis Sec. Co.*, No. 1:01-cv-151, 2003 U.S. Dist. LEXIS 19927, at *15 (E.D. Tenn. Nov. 5, 2003). Thus, the Answer (Doc. 3) is

**STRIKEN** by the Court *sua sponte*. *See Constitution Bank v. Vassili of Greece, Inc.*, No. 87-4940, 1988 U.S. Dist. LEXIS 4847, at *2 (E.D. Pa. May 17, 1988).

Because the Answer (Doc. 3) is hereby stricken, Plaintiff has properly filed its Notice of Voluntary Dismissal (Doc. 13) in accordance with Federal Rule of Civil Procedure 41(a)(1)(i). This matter is therefore **DISMISSED WITH PREJUDICE** and **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *[signature]*
JUDGE MATTHEW W. McFARLAND